## RAYMOND ZWEERES

*vs.*

## MICHAEL PASHALINSKY, ET AL.

Superior Court    New Haven County    File No. 55999

### MEMORANDUM FILED JANUARY 9, 1939.

*Alexander Winnick,* of New Haven, for the Plaintiff.

*Pond, Morgan & Morse,* of New Haven; *Israel Poliner,* of New Haven, for the Defendants.

BOOTH, J. A motion to strike out is an exclusive remedy and is designed to remove improper pleadings for any of the specific reasons found in section 61 of the Rules of Practice. The essential rights of the parties should not be determined on such a motion. *Wilmot vs. McPadden,* 78 Conn. 276. Also, by express provision of section 100 of the Rules of Practice the objection of misjoinder of causes of action must be by demurrer.

The motions of the defendants as made are, therefore, overruled.